FILED by _____ **TM** _____ D.C.
ELECTRONIC

**Jun 30, 2011**

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA.  MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 11-80119-CR-DIMITROULEAS/SNOW
Case No. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vii)
21 U.S.C. § 856
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

BRUCE LEVY,

     Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 8, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

### BRUCE LEVY,

did knowingly and intentionally manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), it is further alleged that this violation involved one hundred or more marijuana plants.

### COUNT 2

On or about February 8, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**BRUCE LEVY,**

did knowingly and intentionally lease, rent, use, and maintain a place, that is, the premises located

at 528 C North G Street, Lake Worth, ~~Miami~~, Florida for the purpose of manufacturing and

distributing a controlled substance,  that is, marijuana, in violation of Title 21, United States Code,

Section 856 and Title 18, United States Code, Section 2.


A TRUE BILL

_____
FOREPERSON


_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY


2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

BRUCE LEVY,

_____ Defendant.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)        Yes _____    No _____
Number of New Defendants       _____
Total number of counts       _____

**Court Division:** (Select One)

_____ Miami    _____ Key West
_____ FTL    __X__ WPB    _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)    No
     List language and/or dialect    n/a

4.   This case will take    2-3    days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

     I     0  to  5 days        __X__              Petty    _____
     II    6  to 10 days        _____            Minor    _____
     III   11 to 20 days        _____            Misdem.  _____
     IV    21 to 60 days        _____            Felony   __X__
     V     61 days and over     _____

6.   Has this case been previously filed in this District Court?  (Yes or No)    __No__
     If yes:
     Judge: _____    Case No. _____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter?  No    (Yes or No)
     If yes:
     Magistrate Case No.    n/a _____
     Related Miscellaneous numbers:    n/a _____
     Defendant(s) in federal custody as of    n/a _____
     Defendant(s) in state custody as of    n/a) _____
     Rule 20 from the    n/a    District of _____

     Is this a potential death penalty case? (Yes or No)    No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?    _____ Yes    __X__ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    __X__ No

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 0188591

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  BRUCE LEVY**

**Case No:**

Count #: 1

MANUFACTURE OF A CONTROLLED SUBSTANCE,  TO WIT; MARIJUANA,
INVOLVING ONE HUNDRED OR MORE MARIJUANA PLANTS

21 U.S.C. §§ 841(a)(1), and 841(b)(1)(B)(vii); and 18 U.S.C. § 2

**\* Max.Penalty**: 5-40 years imprisonment; $5,000,000.00 Fine, 4 yrs- life supervised release

Count #: 2

MAINTAINING A PREMISES FOR THE PURPOSE OF MANUFACTURING AND
DISTRIBUTING A CONTROLLED SUBSTANCE, TO WIT; MARIJUANA

 21 U.S.C. § 856

**\* Max.Penalty**:  0-20 years imprisonment; $500,000.00 Fine, 0-3 yrs supervised release

\*Refers only to possible term of incarceration, does not include
possible fines, restitution, special assessments, parole terms,
or forfeitures that may be applicable.