TIME IN COURT: **15 min.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. **11-80119**

vs.

**Bruce Levy**

SENTENCING MINUTES

DATE: **March 8, 2017**         Deputy Clerk: _[signature]_
AUSA: **Aurora Fagan**         Defense Counsel: **Randall Haas**

Interpreter: _____

Court Reporter: _[signature] Francine Salopek_

____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

____ Sentencing continued to __/__/____ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: **20** Months _____ Counts

_____

Supervised Release: **3 years**

Conditions of Supervised Release: ___ Maintain Employment  ✓ Search of Property

___ Deportation  ✓ Drug/Alcohol Treatment  ___ Financial Disclosure  ___ No new debt

___ No self-employment without permission  ___ Occupational Restriction

___ Computer restriction  ___ Home Detention with/without Electronic Monitoring

Other _____

Assessment **$100**  Fine **0**  Restitution _____

Remaining Counts Dismissed on Government Motion: _____

✓ Defendant advised of right to appeal.

___ Deft remanded to U.S. Marshal   ___ Released on Bond pending Appeal

___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal

On or before _____

Recommendations to the Bureau of Prisons **CTS Back to 5/13/16 drug treatment while in prison**